**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| CASCIOLI, et al., : | |
| : | Case No. 15-cv-5957-JMY |
| vs. : | |
| : | |
| CITY OF PHILADELPHIA, et al., : | |

## **ORDER**

**AND NOW**, this 5th day of April 2024, it having been reported that the issues between the parties in the above action have been settled and upon Order of the Court pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure of this Court, it is **ORDERED** that the above-captioned action is **DISMISSED**, pursuant to the agreement of counsel.

BY THE COURT:

　/S/ John Milton Younge　
Judge John Milton Younge